IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01378-BNB

HERMAN REVELLO,

    Plaintiff,

v.

DIRECTOR DR. IRVON GARLICK,
NURSE CRISTA, and
PRISON HEALTH SERVICES,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Marcia S. Krieger and to Magistrate Judge Michael E. Hegarty. Accordingly, it is

ORDERED that this case shall be assigned to Judge Marcia S. Krieger pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael E. Hegarty.

DATED at Denver, Colorado, this 29th day of June, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01378-BNB

Herman Revello
Prisoner No. 200800010834
Adams County Detention Facility
150 N. 19th Ave.
Brighton, CO 80601

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/29/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk