IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01378-MSK-MEH

HERMAN REVELLO,

    Plaintiff,

v.

DIRECTOR DR. IRVON GARLICK,
NURSE CRISTA, and
PRISON HEALTH SERVICES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -8 2010

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 7th day of July, 2010.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01378-MSK-MEH

Herman Revello
Prisoner No. 200800010834
Adams County Det. Facility
PO Box 5001
Brighton, CO 80601-5001

US Marshal Service
Service Clerk
Service forms for: Dr. Irvon Garlick, Nurse Crista,
and Prison Health Services

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Dr. Irvon Garlick, Nurse Crista, and Prison Health Services: COMPLAINT FILED 6/14/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/8/10.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk